# Exhibit B

## Complaint and Incorporated Exhibit

Patriot Medical Laboratories, LLC v. Arlington West Care Center OPCO, LLC
Case No. 24-C-23-003552

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| PATRIOT MEDICAL LABORATORIES, LLC d/b/a CIAN DIAGNOSTICS 5330 Spectrum Drive, Suite 1 Frederick, Maryland 21701 <br><br> Plaintiff <br><br> vs. <br><br> ARLINGTON WEST CARE CENTER OPCO, LLC d/b/a Autumn Lake Healthcare at Arlington West 945 Broadway Woodmere, New York 11598 <br><br> **SERVE Resident Agent:** Cogency Global Inc. 1519 York Road Lutherville, Maryland 21093 <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. _24-C-23-003552_ |

**COMPLAINT**

COMES NOW, Plaintiff, PATRIOT MEDICAL LABORATORIES, LLC D/B/A CIAN

DIAGNOSTICS, by and through counsel, Ronald S. Canter, Esquire, Bradley T. Canter, Esquire

and The Law Offices of Ronald S. Canter, LLC, and files suit against Defendant, Arlington West

Care Center OPCO, LLC d/b/a Autumn Lake Healthcare at Arlington West, and respectfully

represents unto this Court:

**PARTIES**

1.      Plaintiff, Patriot Medical Laboratories, LLC d/b/a CIAN Diagnostics ("CIAN") is

a Maryland limited liability company with its principal place of business in Frederick, Maryland.

2.      Defendant, Arlington West Care Center OPCO, LLC d/b/a Autumn Lake

Healthcare at Arlington West ("Arlington West") is a Delaware limited liability company with

1

its principal place of business in the State of New York.  Defendant operates a nursing and rehabilitation center in Baltimore City, Maryland.

## VENUE AND JURISDICTION

3.      This Court has jurisdiction pursuant to Md. Code, Cts. & Jud. Proc., § 6-103 because Defendant transacts business in the State of Maryland.

4.      Venue in Baltimore City is appropriate because Defendant regularly conducts its business in Baltimore City.

## COUNT I – BREACH OF CONTRACT

5.      Plaintiff operates a medical laboratory that processes COVID-19 tests and reports results of those tests after completing the laboratory analysis.

6.      Defendant owns and operates Autumn Lake Healthcare at Arlington West, located at 3939 Penhurst Avenue, Baltimore, Maryland 21215.

7.      On June 30, 2020, Plaintiff and Defendant executed a confidential Laboratory Services Agreement (the "Agreement").

8.      During the time of the COVID-19 pandemic when testing was not readily available, and continuing through at least March 2021, Defendant requested, pursuant to the Agreement, that Plaintiff perform COVID-19 testing for Defendant's staff members and residents and report the test results to Defendant.

9.      Plaintiff performed the testing and reported the results to the Defendant.

10.     Pursuant to the Agreement, Defendant attempted to bill through the residents and employee's insurance plans, but if the claims were rejected by insurance, Plaintiff charged a flat fee of $60.00 to Defendant per test result.

11.     For unreimbursed testing services through at least March 2021, a past due balance is owed by Defendant to Plaintiff in the total amount of $199,620.00, representing a total of 3,327 tests. *See attached*, [Exhibit 1].

12.     Plaintiff made demand upon Defendant to pay the balance due on the invoices attached as [Exhibit 1], and Defendant has failed to pay the same.

13.     As a result of the non-payment of the invoices, Defendant has breached the parties Agreement, causing damages to Plaintiff in the amount of the unpaid invoices.

WHEREFORE, your Plaintiff requests that this Honorable Court enter a judgment against Defendant in the sum of $199,620.00, plus pre-judgment interest at the legal rate of 6% from April 10, 2023 until judgment, and thereafter at the post-judgment legal rate, plus court costs.

THE LAW OFFICES OF RONALD S. CANTER, LLC

Bradley T. Canter, Esquire (#1312170129)
Ronald S. Canter, Esquire (#7911010055)
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  (301) 424-7490
Facsimile:   (301) 424-7470
E-Mail:  bcanter@roncanterllc.com
E-Mail: rcanter@roncanterllc.com
*Attorneys for Plaintiff*

**EXHIBIT 1**

**CIAN Diagnostics**
5330 Spectrum Drive, Suite I
Frederick, MD 21703
240-396-4343

INVOICE

 CIAN Diagnostics

| | |
|---|---|
| **Invoice #:** | 545 FINAL |
| **Invoice Date:** | 04/10/2023 |
| **Amount Due:** | $2,172,480.00 |

**Bill To:**

AutumnLake
4201 Route 9
Howell, NJ 07731
United States

| Due Date | Terms |
|---|---|
| PAST DUE | |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Alice Manor | 1,966 | $60.00 | $117,960.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 (Jan-Mar 2021) - Autumn Lake-Alice Manor | 171 | $60.00 | $10,260.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Arlington | 2,163 | $60.00 | $129,780.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 (Jan-Mar2021) - Autumn Lake-Arlington | 1,164 | $60.00 | $69,840.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Berkley Heights | 2,134 | $60.00 | $128,040.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 (Jan-Mar2021) - Autumn Lake-Berkley Heights | 342 | $60.00 | $20,520.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Bridgepark | 1,919 | $60.00 | $115,140.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 - Autumn Lake-Bridgepark | 1,094 | $60.00 | $65,640.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Cherry Hill | 280 | $60.00 | $16,800.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 (Jan-Mar2021) - Autumn Lake-Cherry Hill | 34 | $60.00 | $2,040.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Oakview | 2,234 | $60.00 | $134,040.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021(Jan-Feb2021) - Autumn Lake-Oakview | 1,153 | $60.00 | $69,180.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Oceanview | 105 | $60.00 | $6,300.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Pikesville | 2,085 | $60.00 | $125,100.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 (Jan-Mar2021) - Autumn Lake-Pikesville | 598 | $60.00 | $35,880.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Post Acute | 6,981 | $60.00 | $418,860.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 (Jan-Mar2021) - Autumn Lake-Post Acute | 3,535 | $60.00 | $212,100.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2020 - Autumn Lake-Riverview | 5,203 | $60.00 | $312,180.00 |
| COVID-19 Tests | COVID-19 Testing Services performed-2021 (Jan-Mar2021) - Autumn Lake-Riverview | 3,324 | $60.00 | $199,440.00 |
| COVID-19 Tests | Corrected Medicare/Medicaid PMTS | 56 | $60.00 | $3,360.00 |
| Credit | Paid Claim Credits (Jan-Mar 2021) I | -333 | $60.00 | $-19,980.00 |

Invoice revised – Autumn lake facilities
This invoice replaces the original invoice # 429, in which the No. of tests are now updated.

| | |
|---|---|
| Subtotal: | $2,172,480.00 |
| Sales Tax: | $0.00 |
| Total: | $2,172,480.00 |
| Payments: | $0.00 |
| Amount Due: | $2,172,480.00 |